No. 72–6883. MORRISON *v.* HAMILTON COUNTY BOARD OF EDUCATION. Sup. Ct. Tenn. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–403. PAUL A. RICHTER & ASSOCIATES, INC., DBA BODY SHOP *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO (CALIFORNIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5160. MUELLER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5396. IVERSON *v.* NORTH DAKOTA. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5407. PASCHALL *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5416. AUSTIN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5435. DEJARNETTE *v.* FORD, GOVERNOR OF KENTUCKY, ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–116. ROCKS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.